In re WEST 190TH STREET. (Supreme Court, Appellate Division, First Department. May 9, 1902.) In the matter of West 190th Street. No opinion. Motion granted, with $10 costs.

---

WETMORE, Respondent, v. WETMORE, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Annette B. Wetmore (now Annette B. Markoe) against William B. Wetmore. T. P. Wickes, for appellant. F. B. Candler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 51 N. Y. Supp. 797, 800, 52 N. Y. Supp. 1151, 59 N. Y. Supp. 586, 60 N. Y. Supp. 437, 711, 1150, 68 N. Y. Supp. 1151, and 70 N. Y. Supp. 604.